| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____ Chapter __7__ |
| ☐ Check if this an amended filing |

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Wellstat Therapeutics Corporation** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **52-1699083** | |
| 4. | Debtor's address | **Principal place of business**  **14200 Shady Grove Rd, Suite 600 Rockville, MD 20850**  Number, Street, City, State & ZIP Code  **Montgomery**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.wellstat.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor  **Wellstat Therapeutics Corporation**　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Wellstat Therapeutics Corporation**  Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Wellstat Biologics Corporation**    Relationship **Affiliate**

District **Maryland**    When **3/31/23**    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **Wellstat Therapeutics Corporation**  Case number (*if known*)
        Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Wellstat Therapeutics Corporation**
Name

Case number (*if known*) _____

# Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 31, 2023**
MM / DD / YYYY

X **/s/ Nadine Wohlstadter**                              **Nadine Wohlstadter**
Signature of authorized representative of debtor           Printed name

Title **Managing Director**

**18. Signature of attorney**

X **/s/ Stephen A. Metz, Esquire**                         Date **March 31, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**Stephen A. Metz, Esquire 13720**
Printed name

**Offit Kurman, P.A.**
Firm name

**7501 Wisconsin Ave, Suite 1000W**
**Bethesda, MD 20814**
Number, Street, City, State & ZIP Code

Contact phone **240-507-1723**        Email address **smetz@offitkurman.com**

**13720 MD**
Bar number and State

# United States Bankruptcy Court
## District of Maryland

In re **Wellstat Therapeutics Corporation**  
Debtor(s)

Case No. _____  
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 31, 2023**

**/s/ Nadine Wohlstadter**  
**Nadine Wohlstadter**/**Managing Director**  
Signer/Title

AbbVie, Inc.
62671 Collection Center Drive
Chicago, IL 60693-0626


Abcam Inc
PO Box 3460
Boston, MA 02241-3460


AdooQ Bioscience LLC
4000 Barranca Pkwy  Suite 250
Irvine, CA 92604


Advarra
PO Box 74008070
Chicago, IL 60674-8070


Agilent Technologies
4187 Collection Center Dr
Chicago, IL 60693


Alliant Insurance Services, Inc. 7787
PO Box 21874
New York, NY 10087-1874


Almac Pharma Services Ltd (UK)
22 Seagoe Industrial Estate
Craigavon, Great Britain BT63 5QD


Almac Sciences Ltd (UK)
20 Seagoe Industrial Estate
Craigavon, Great Britain BT63 5QD


Arc3 Gases, Inc.
PO Box 896866
Charlotte, NC 28289-6866

Avicenna Strategy LLC
Attn: Fakhrid-Deen S. Muhammad
3511 Shepherd Street
Chevy Chase, MD 20815


Beltran Fortuny Y Beltran Rivera SC
RFC BFB 980702 6Z4
Juan Bautista P Moliere No 13-401
Col Polance Chapultepec, Mexico 11560


Beyond a Resume, LLC
6804 Chickadee Ln
New Market, MD 21774


BioMatrix Specialty Pharmacy of MD
P. O. Box 930874
Atlanta, GA 31193-0874


Cardinal Health
Pharmaceutical Supply Chain
PO Box 641231
Pittsburgh, PA 15264-1231


Charles L. Thornton
564 Rainbow Acres Lane
Radiant, VA 22732


Charles River Laboratories
GPO Box 27812
New York, NY 10087-7812


Cindy Zychowicz
1010 Marshane Road
Reisterstown, MD 21136


Computer Packages Inc
11 N Washington Street
Suite 300
Rockville, MD 20850

Corporation Service Co (POB 13397)
PO Box 7410023
Chicago, IL 60674-5023


CTI Clinical Trial Services Inc.
100 E. RiverCenter Blvd
Suite 1600
Covington, KY 41011


Daniel Katz
36 Charles Hill Road
Orinda, CA 94563


Dannemann Siemsen Bigler
PO Box 7247-6002
Philadelphia, PA 19170-6002


Deloitte Tax LLP
PO Box 844736
Dallas, TX 75284-4736


Discover IT
1st Floor Elmwood
Southern Road
Bradfield Southend, Great Britain RG7 6E


Diversified Laboratory Repair Inc
7977 Cessna Ave
Gaithersburg, MD 20879


Dow Development Laboratories, LLC
1031-A North McDowell Blvd
Petaluma, CA 94954


Dr. Alexander Marchut
531 Highland Avenue
Ambler, PA 19002

Dr. David M. Simpson
6611 Sulky Lane
Rockville, MD 20852-4344

Dr. Fedor Romantsev
580 Orchard Ridge Drive
Unit 100
Gaithersburg, MD 20878

Dr. Michael K. Bamat
8609 Red Coat Lane
Potomac, MD 20854

Dr. Reid Von Borstel
10500 Great Arbor Drive
Potomac, MD 20854

Dr. Rita O'Neil
8816 Briarcliff Lane
Frederick, MD 21701

Dr. Rolando Garcia Garcia
2 Martins Landing Court
Germantown, MD 20874

Dr. Xiaoling Song
120 Harpers Way
Frederick, MD 21702

Dr. Yaqing Li
18813 Lake Placid Lane
Germantown, MD 20874

Envigo
3565 Payshere Circle
Chicago, IL 60674

Fawn W. Petty
11809 Flora Lane
Bowie, MD 20721


FB Rice
GPO Box 1794
Melbourne, Australia VIC 3001


Fenwick & West LLP
PO Box 742814
Los Angeles, CA 90074-2814


Finnegan Henderson Farabow Garrett
P.O. BOX 426059
Washington, DC 20042-6059


Fisher Scientific Company LLC
4500 Turnberry Drive
Hanover Park, IL 60133-5491


Francis Michon
4401 Rosedale Ave
Bethesda, MD 20814


Frank Graybeal
P.O. Box 277
Simpsonville, MD 21150


Gorodissky & Partners
B. Spasskaya Str. 25, Stroenie 3
Moscow 129010, Russia


Gowling, Lafleur & Henderson
Box 466
Station D
Ottawa, Canada K1P1C3

GreatAmerica Financial Services Corp
PO Box 660831
Dallas, TX 75266-0831


Greg Lewin
880 Pacific St. Apt 356
Stamford, CT 06902


Hogan Lovells US LLP
P.O. Box 715890
Philadelphia, PA 19171-5890


Ideal Vacuum Products LLC
2401B Phoenix Ave NE
Albuquerque, NM 87107


IDEXX Laboratories, Inc.
One IDEXX Drive
Westbrook, ME 04092


Innovive LLC
10019 Waples Court
San Diego, CA 92121


Integrated Commercialization Solutions
Accounts Receivable
12601 Collections Center, Inc
Chicago, IL 60693


J Rachel Vere Nicoll
4206 Twymans Mill Road
Orange, VA 22960


Jeffrey Miller
316 Clearfield Drive
Lincoln University, PA 19352

Joan H. Helton
103 Saint Paul Street
Boonsboro, MD 21713


John A. Stanley
1095 Winding River Road
Vero Beach, FL 32963


Kavyasri Vellala
9 Freas Court
Gaithersburg, MD 20878


KISCH IP
PO Box 781218
Sandton, South Africa 2146


Koushik Bhattacharya
7500 Nevis Road
Bethesda, MD 20817


Kuker Regulatory Consulting, LLC
18 Dunbar Way
Saint Paul, MN 55115


Life Technologies Corp (Invitrogen)
C/O Bank of America
12088 Collections Center Drive
Chicago, IL 60693


Live Oak Pharmaceutical Consulting, Inc.
7413 Six Forks Road #312
Raleigh, NC 27615


Louis V. Manzo
LVM Properties, LLC
2018 W. Joppa Road
Lutherville Timonium, MD 21093

McCracken Pharma, LLC
John McCracken
1815 Westbridge Cir
Lake Forest, IL 60045


MedChemExpress USA
1 Deer Park Drive
Suite Q
Monmouth Junction, NJ 08852


Medica Communications, LLC
289 Stonegate Drive
Devon, PA 19333


Michael A. Manzo
326 Main Street
Winchester, MA 01890


Michael K. Manzo
27 Kathleen Drive
Andover, MA 01810


Montgomery County Maryland
P.O. Box 824860
Philadelphia, PA 19182-4860


Morgan Lewis & Bockius LLP
PO Box 8500  S-6050
Philadelphia, PA 19178-6050


MWI Veterinary Supply Co
14659 Collections Center Drive
Chicago, IL 60693


Nixon & Vanderhye PC
901 North Glebe Rd  11th Floor
Arlington, VA 22203

```
Oakwood Chemical
PO Box 457
Estill, SC 29918


Occupational Health Consultants
2301 Research Blvd
Suite 125
Rockville, MD 20850


Parexel International, LLC
9268 Paysphere Circle
Chicago, IL 60674


Paul G. Auwaerter
2018 West Joppa Road
Lutherville Timonium, MD 21093


PDL Biopharma, Inc
59 Damonte Ranch Parkway Suite B-375
Reno, NV 89521


Pearl Cohen Zedek Latzer
Times Square Tower
7 Times Square 19th Floor
ATTN: ACCOUNTS RECEIVABLE PROCESSING
New York, NY 10036


Peraton, Inc
12975 Worldgate Drive
Herndon, VA 20170


Peter Briskman
13561 Stonebarn Lane
Gaithersburg, MD 20878


PharmaSys Inc
216 Towne Village Dr
Cary, NC 27513
```

PPD Development LP
26361 Network Place
Chicago, IL 60673-1263


Reed Technology & Inform Serv. Inc.
PO Box 21015
New York, NY 10087-1015


Ridge Advisors, LLC
748 Canterbury Lane
Villanova, PA 19085


Robert Joly & Cynthia Joly
3845 Ready Road
South Rockwood, MI 48179


Robert L. Weigel, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193


Robert Risoleo
1700 New York Avenue, NW
Suite 700
Washington, DC 20006


Sanyou Intellectual Property Agency Ltd.
F16, Block A, Corporate Square
No. 35 Jinrong Street
Beijing  100032 China


Saul Ewing LLP
1919 Pennsylvania Ave NW  Ste 550
Washington, DC 20006-3434


Schulman Bhattacharya, LLC
6116 Executive Blvd
Suite 425
Rockville, MD 20852

Seshin Patent & Law Firm
Yeoungdeungpo PO Box 132
Seoul, South Korea


Spruson & Ferguson (Asia) Pte Ltd
152 Beach Rd
#37-05/06 Gateway East
Singapore 189721


SriSai Biopharmaceuticals Solutions LLC
320 Montevue Lane
Frederick, MD 21702


StageBio
5930 Main Street
Mount Jackson, VA 22842


Stonehedge Pharmaceutical Consulting LLC
13121 Old Annapolis Road
Mount Airy, MD 21771


Subramanian & Associates
7th Floor, M3M Cosmopolitan
Sector 66, Golf Course Extension Road
National Capital Region
Gurugram, India 122 001


The Richmond Group USA
1700 Bayberry Court
Suite 301
Richmond, VA 23226


Thermo Fisher Scientific
PO Box 3648
Boston, MA 02241-3648


Thomas Hammond
PO Box 643278
Vero Beach, FL 32964

```
Thomas Scientific Inc
1654 High Hill Rd
PO Box 99
Swedesboro, NJ 08085


TraceLink, Inc.
200 Ballardvale Street
Building 1, Suite 100
Wilmington, MA 01887


US Plastic Corporation
1390 Neubrecht Road
Lima, OH 45801


Van L. Garber
96218 Park Place
Fernandina Beach, FL 32034


VWR International LLC
PO Box 640169
Pittsburgh, PA 15264-0169


Wellstat Management Company, LLC
14200 Shady Grove Rd, Suite 600
Rockville, MD 20850


William L. Strauss & Nancy J. Miller
7805 Hidden Meadow Terrace
Potomac, MD 20854
```