Entered: August 21st, 2023
Signed: August 18th, 2023
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re:<br><br>WELLSTAT THERAPEUTICS CORP.<br><br>Debtor.<br><br>WELLSTAT BIOLOGICS CORP.<br><br>Debtor. | Chapter 7<br><br>Case Nos. 23-12201 and 23-12203-MCR<br>Jointly Administered Under 23-12201-MCR |

**ORDER APPROVING AND GRANTING MOTION TO ALLOW INTERIM PARTIAL
DISTRIBUTION OF TRUSTEE COMMISSIONS**

Upon consideration of the *Motion to Allow Interim Partial Distribution of Trustee Commissions* (the "Motion") filed by Janet Nesse, Chapter 7 Trustee (the "Trustee") of the Chapter 7 Bankruptcy Estates (the "Estates") of Wellstat Therapeutics Corporation and Wellstat Biologics Corporation and (the "Debtors"), and good cause being shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Motion is Granted; and it is further

ORDERED, that the Trustee is authorized to pay herself, pursuant to 11 U.S.C. §§ 105, 326, 330 and 331  an interim partial commission in the amount of $456,895.46; and it is further

ORDERED, that such partial commission is approved on an interim basis.

**END OF ORDER**

**Copies to:**

**Office of the United States Trustee**
**6305 Ivy Lane, Suite 600**
**Greenbelt MD 20770**