Entered: December 18th, 2023
Signed: December 17th, 2023

**SO ORDERED**

The Court has considered the objection of the United States Trustee and the supplemental declaration filed by Saul Ewing LLP. Based on the billing judgment exercised by Saul Ewing LLP, the objection of the United States Trustee is overruled.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## Greenbelt Division

| | |
|---|---|
| In re:<br><br>WELLSTAT THERAPEUTICS CORP.<br><br>    Debtor.<br><br>WELLSTAT BIOLOGICS CORP.<br><br>    Debtor. | Chapter 7<br><br>Case Nos. 23-12201 and 23-12203-MCR Jointly Administered Under 23-12201-MCR |

### ORDER GRANTING FIRST AND FINAL APPLICATION FOR APPROVAL OF COMPENSATION AND EXPENSES OF JAY G. REILLY AND SAUL EWING, LLP FOR MAY 30, 2023, THROUGH AUGUST 28, 2023

This matter came before the Court on the First and Final Application for Approval of Compensation of Jay G. Reilly and Saul Ewing, LLP as Special Counsel ("Special Counsel") to Janet M. Nesse, Chapter 7 Trustee (the "Trustee") of the bankruptcy estates of Wellstat Therapeutic Corporation and Wellstat Biologics Corporation (collectively the "Debtors") for May 30, 2023 through August 28, 2023 ("Application"). Having reviewed the Application, the Court

is satisfied that the services provided by Special Counsel in its representation of the Trustee, were important, necessary, valuable and reasonable. It is, therefore, hereby:

**ORDERED** that the Application is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that the Trustee is authorized to pay Jay G. Reilly and Saul Ewing, LLP $135,379.50 for legal fees and $0.00 for expenses incurred.

Copies to:

Office of the U.S. Trustee
Attn: Lynn Kohen
6305 Ivy Lane
Suite 600
Greenbelt, Maryland 20770

Janet M. Nesse, Esq.
jnesse@mhlawyers.com

**END OF ORDER**